# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ARTHUR M. CORBETT

v.

OFFICER FITZGERALD
OFFICER CUMMING
OFFICER DELBOUNO
OFFICER COSGROVE

**APPEARANCE**

PRISONER

**CASE NUMBER:** 3:02CV1736 (RNC)(TPS)

FILED

'03 NOV -7 P 12: 25

US DISTRI.
BRIDGEPOR

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

        OFFICER FITZGERALD        OFFICER CUMMING
        OFFICER DELBOUNO        OFFICER COSGROVE

| | |
|---|---|
| **November 5, 2003** | *Signature* |
| Date | **BARBARA BRAZZEL-MASSARO** |
| **05746** | Print Clearly or Type Name |
| Connecticut Federal Bar Number | **Office of the City Attorney** |
| **203/576-7647** | Address |
| Telephone Number | **999 Broad Street, 2nd Floor** |
| **203/576-8252** | |
| Fax Number | **Bridgeport, CT 06604** |
| BartoJ0@BRIDGEPORT,CT.US. | |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mail on this 5TH day of November, 2003 to the following:

**Arthur M. Corbett #297066 HU9/228**
**Greensville Correctional Center**
**901 Corrections Way**
**Jarratt, VA 23870-9614**

Barbara Brazzel-Massaro

(Use additional pages, if necessary, to list the names and address of each attorney or party for which you are certifying service)