UNITED STATES DISTRICT COURT **FILED**

DISTRICT OF CONNECTICUT

2004 JAN -6  P 2: 14

US DISTRICT COURT
BRIDGEPORT CT

Arthur M. Corbett,
Plaintiff

vs.

Officer Fitzgerald, et al.,
Defendant

Prisoner

3:02cv1736(RNC)(TPS)

## ORDER

The plaintiff has overpaid the filing fee by $12.08. The Clerk is directed to disburse that amount to him by mail sent to the following address:

Arthur M. Corbett

#297066

901 Corrections Way

Jarratt, Va 23870-9614

SO ORDERED.

Dated at Hartford, Connecticut, this 5TH day of January, 2003.

_____
United States District Judge