FILED

2004 FEB -5  P 4: 37

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHUR M. CORBETT | : | |
| | : | PRISONER |
| Plaintiff, | : | CIV. NO. 3:02CV1736 (RNC)(TPS) |
| | : | |
| vs. | : | |
| | : | |
| OFFICER FITZGERALD | : | |
| OFFICER CUMMING | : | |
| OFFICER DELBOUNO | : | |
| OFFICER COSGROVE | : | |
| | : | |
| Defendants | : | FEBRUARY 4, 2004 |

### MOTION FOR EXTENSION OF TIME TO SUBMIT 26(f) SCHEDULING ORDER

The parties respectfully request that the Court grant an extension of time to file the Scheduling Order pursuant to Rule 26(f) until March 1, 2004. The basis of this request is that the Plaintiff is unable to agree to the proposed order drafted and sent to him by Defendants' counsel, as noted in the January 28, 2004 letter from the Plaintiff (Exhibit "A").

The Defendants have no objection to the Plaintiff's request and, therefore, request a March 1, 2004 date for submission.

This is the first request for an extension.

BMF04023                                            1

THE DEFENDANTS

By: *Barbara B. Massaro*
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT  06604
Telephone #203/576-7647
Fed. Bar No. 05746

## CERTIFICATION

This is to certify that a copy of the foregoing "Motion for Extension of Time to Submit 26(f) Scheduling Order" has been mailed, postage prepaid, on this 4TH day of February, 2004, to:

**Arthur M. Corbett #297066 HU9/28**
**Greensville Correctional Center**
**901 Corrections Way**
**Jarratt, VA  23870-9614**

*Barbara B. Massaro*
Barbara Brazzel-Massaro
Commissioner of the Superior Court

BMF04023                                   2

Arthur M. Corbett #297066 HU7/127
Greensville Correctional Center
901 Corrections Way
Jarratt, Va 23879-9614
Wednesday, January 28, 2004


Re: CORBETT v. FITGERALD, ET AL
RULE 26 (f) SCHEDULING ORDER

Dear Ms. Brazzel-Massaro:

I am responding to a letter that you sent to me dated January 14, 2004 and received on January 22, 2004 in regards to a proposed scheduling order. I have read and reviewed the drafted copies of your proposed schedule order and do not object. But at this time I ask for at least (30) thirty day to research Rule 26(f).

My reason for requesting such time is as follows: I have been transferred out of state and need time to consult with a attorney concerning Rule26(f). I am waiting to be expedited back to Connecticut so that I can obtain the necessary information to proceed with my claims. As for how I wish to proceed I can not make any decisions at this moment due to my being out of state, and not knowing whether or not if I would be transferred back in time to make the necessary appearance in court, according to the dates that you submitted in your draft proposed Scheduling Order.

Please review and respond as to whether or not you are willing to allow me the time necessary to research Rule26(f) and return to Connecticut.

Sincerely,

*Arthur M. Corbett*

Arthur M. Corbett

## CERTIFICATION

This is a certified letter to the state attorney of the defendants on case # 3:02 cv 1736(RNC) On 28 Day of January 2004

To: Attorney Barbara B. Massaro
999 Broad Street
Bridgeport, CT 06606

Sincerely,

Arthur M. Corbett
Plaintiff