FILED

2004 FEB 17 P 4: 02

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHUR M. CORBETT | : | |
| | : | PRISONER |
| Plaintiff, | : | CIV. NO. 3:02CV1736 (RNC)(TPS) |
| | : | |
| vs. | : | |
| | : | |
| OFFICER FITZGERALD | : | |
| OFFICER CUMMING | : | |
| OFFICER DELBOUNO | : | |
| OFFICER COSGROVE | : | |
| | : | |
| Defendants | : | FEBRUARY 13, 2004 |

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES

### As to Claims Against Cummings and Fitzgerald (Sections D&E of Plaintiff's Complaint

The Defendants DENY that they violated the Fourth and Fourteenth Amendments and that they used excessive physical force against the Plaintiff.

### As to Claims Against the Defendant Cummings

The Defendant Cummings DENIES each and every allegation of the Plaintiff's Complaint.

### As to Claims Against the Defendant Fitzgerald

The Defendant Fitzgerald DENIES each and every allegation of the Plaintiff's Complaint.

BMF04037                                                  1

### As to Claims Against Delbouno and Cosgrove

The Defendants DENY each and every allegation as set forth in the Complaint.

### BY WAY OF AFFIRMATIVE DEFENSES

### As to Claim Against Cummings

At al times mentioned here, the Defendant Cummings exercised the use of only enough physical force to effectuate the arrest and respond to the Plaintiff's aggressive physical behavior and, as such, the Defendant acted as an objectively reasonable police officer and is protected by qualified immunity.

### As to Claim Against Fitzgerald

At al times mentioned here, the Defendant Fitzgerald exercised the use of only enough physical force to effectuate the arrest and respond to the Plaintiff's aggressive physical behavior and, as such, the Defendant acted as an objectively reasonable police officer and is protected by qualified immunity.

### As to Claim Against Delbouno and Cosgrove

The Plaintiff has failed to allege a cause of action as to the Defendants pursuant to U.S.C. §1985.

### As to Claim Against Delbouno and Cosgrove Pursuant to 42 U.S.C. 1983

The Plaintiff has failed to allege a cause of action as to the claim of violation of §1983 by the Defendants.

THE DEFENDANTS

By: *Barbara B. Massaro*
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Telephone #203/576-7647
Fed. Bar No. 05746

## CERTIFICATION

This is to certify that a copy of the foregoing "Defendants' Answer and Affirmative Defenses" has been mailed, postage prepaid, on this 13TH day of February, 2004, to:

**Arthur M. Corbett #297066 HU9/28**
**Greensville Correctional Center**
**901 Corrections Way**
**Jarratt, VA 23870-9614**

*Barbara B. Massaro*
Barbara Brazzel-Massaro
Commissioner of the Superior Court

BMF04037                                    3