IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 12 P 4: 19

ARTHUR M. CORBETT, Petitioner,  )
)
VS.  )
)
OFFICER FITZGERALD  )
OFFICER CUMMING  )    Case No. Civ. No. 3:02
OFFICER DELBOUNO  )            cv1736 (RNC)(TPS)
OFFICER COSGROVE , Defendant(s)  )
)
)
)

ANSWER TO DEFENDANT'S RULE 26(f) REPORT OF
PARTIES' PLANNING MEETING

MEMORANDUM IN SUPPORT OF MOTION FOR APPELLATE
COUNSEL

The plan of the United States District Court for the District of Connecticut implementation of the Criminal Justice Act provides that the Court has authority in its discretion to appoint Appellate counsel in a case brought pursuant to 42 of the Code, US., Sec. 1983.

Respectfully Submitted,

By: /s/ Arthur M. Corbett        #297066 - 7/127
    Arthur M. Corbett/Petitioner, Pro Se

# EMMETT & GLANDER
ATTORNEYS AT LAW

KATHRYN EMMETT
JANE W. GLANDER
CHRISTINE CAULFIELD*

*ALSO ADMITTED IN NEW YORK

45 FRANKLIN STREET • STAMFORD, CT 06901
(203) 324-7744   FAX (203) 969-1319

17 POND BROOK ROAD • P.O. BOX 724 • NEWTOWN, CT 06470
(203) 270-9272   FAX (203) 426-1270

www.emmettandglander.com

October 10, 2003

Mr. Arthur M. Corbett
VA# 297066, CT#160754
Greensville Correctional Center
901 Corrections Way, 7/127
Jarratt, Virginia 23870

Dear Mr. Corbett:

Thank you for your inquiry requesting representation. Unfortunately, our office is not able to represent you at this time. Thank you.

Very truly yours,

Kathryn Emmett

KE/dmc

Arthur M Corbett  VA# 297066, CT# 160754
Greensville Correctional Ctr.
901 Corrections Way,  7/127
Jarratt, Va. 23870

Date  9-30-2003

Emmett Fins & Glander
45 Franklin St.
Stanford, Ct 06901

Dear Sir or Madam:

   I am currently the plaintiff in a case with the U.S District Court of Connecticut. I am seeking Pro-Bono counsel in this action because my indigent condition prevents me from obtaining counsel otherwise.
   As a civil Pro-Bono panel member, I am requesting your firm consider assisting me with my case (Docket #, 3:02cv1736). I have done much of the preliminary work and would be happy to forward information that would expedite the handling of this case.
   For your information, I am a lifetime Bridgeport resident and the case in question was filed with the Bridgeport Federal Court. Because I am Connecticut inmate transferred to this Virginia facility, there is an additional burden with trying to handle this case alone.
   I would very much appreciate your assistance in this matter and look forward to hearing from your firm.

Sincerely,

*Arthur M. Corbett #297066*
Arthur M. Corbett #297066

c.c .AMC

County/City of Greensville
Commonwealth/State of Virginia
The foregoing instrument was subscribed and sworn before me this 3rd day of October 2003, by
Arthur M. Corbett
(name of person acknowledgement)
S. O. Cook
Notary Public
My commission expires: 31 (3) Jan 2004

Arthur M Corbett  VA# 297066, CT# 160754
Greensville Correctional Ctr.
901 Corrections Way,  7/127
Jarratt, Va. 23870

Date  9-30-2003

Joseph F. Depaolo, Jr.
76 Conerstone Ct.
Plantsville, Ct 06479

Dear Sir or Madam:

   I am currently the plaintiff in a case with the U.S District Court of Connecticut. I am seeking Pro-Bono counsel in this action because my indigent condition prevents me from obtaining counsel otherwise.
   As a civil Pro-Bono panel member, I am requesting your firm consider assisting me with my case (Docket #, 3:02cv1736). I have done much of the preliminary work and would be happy to forward information that would expedite the handling of this case.
   For your information, I am a lifetime Bridgeport resident and the case in question was filed with the Bridgeport Federal Court. Because I am Connecticut inmate transferred to this Virginia facility, there is an additional burden with trying to handle this case alone.
   I would very much appreciate your assistance in this matter and look forward to hearing from your firm.

                          Sincerely,

                          Arthur M. Corbett #297066
                          Arthur M. Corbett #297066

C.C .AMC

County/City of ___Greensville___
Commonwealth/State of ___Virginia___
The foregoing instrument was subscribed and sworn before me this __3rd__ day of __October__
2003, by
___Arthur M. Corbett___
(name of person seeking acknowledgement)

Notary Public
My commission expires: __31 January 2004__

Arthur M Corbett VA# 297066, CT# 160754
Greensville Correctional Ctr.
901 Corrections Way, 7/127
Jarratt, Va. 23870

Date 9-30-2003

Carter Rubenstein & Civitello
261 Bradley St.
New Haven, Ct 06511

Dear Sir or Madam:

   I am currently the plaintiff in a case with the U.S District Court of Connecticut. I am seeking Pro-Bono counsel in this action because my indigent condition prevents me from obtaining counsel otherwise.
   As a civil Pro-Bono panel member, I am requesting your firm consider assisting me with my case (Docket #, 3:02cv1736). I have done much of the preliminary work and would be happy to forward information that would expedite the handling of this case.
   For your information, I am a lifetime Bridgeport resident and the case in question was filed with the Bridgeport Federal Court. Because I am Connecticut inmate transferred to this Virginia facility, there is an additional burden with trying to handle this case alone.
   I would very much appreciate your assistance in this matter and look forward to hearing from your firm.

Sincerely,

Arthur M. Corbett #297066

c.c .AMC

County/City of Greensville
Commonwealth/State of Virginia
The foregoing instrument was subscribed and sworn before me this 3rd day of October 2003 by Arthur M. Corbett
(name of person making acknowledgement)
S.D. Cank
Notary Public
My commission expires: 31 (?) ___ 2004

Arthur M Corbett  VA# 297066, CT# 160754
Greensville Correctional Ctr.
901 Corrections Way,  7/127
Jarratt, Va. 23870

Date  9-30-2003

Collins, Collins & Collins
357 East Center St.
Manchester, Ct  06040

Dear Sir or Madam:

   I am currently the plaintiff in a case with the U.S District Court of Connecticut. I am seeking Pro-Bono counsel in this action because my indigent condition prevents me from obtaining counsel otherwise.
   As a civil Pro-Bono panel member, I am requesting your firm consider assisting me with my case (Docket #, 3:02cv1736). I have done much of the preliminary work and would be happy to forward information that would expedite the handling of this case.
   For your information, I am a lifetime Bridgeport resident and the case in question was filed with the Bridgeport Federal Court. Because I am Connecticut inmate transferred to this Virginia facility, there is an additional burden with trying to handle this case alone.
   I would very much appreciate your assistance in this matter and look forward to hearing from your firm.

Sincerely,

Arthur M. Corbett #297066

c.c .AMC

County/City of _____
Commonwealth/State of Virginia
The foregoing instrument was subscribed and sworn before me this ___ day of October 2003, by _____ Arthur M. Corbett
(name of person signing acknowledgement)
_____
Notary Public
My commission expires: _____ 2004

Arthur M Corbett  VA# 297066, CT# 160754
Greensville Correctional Ctr.
901 Corrections Way, 7/127
Jarratt, Va. 23870

December 3, 2003

Ellis & Trattner, P.C
27 Mill Plain Road
P.O.BOX 2298
Danbury, CT 06183

Dear Sir or Madam:

    I am currently the plaintiff in a case with the U.S District Court of Connecticut. I am seeking Pro-Bono counsel in this action because my indigent condition prevents me from obtaining counsel otherwise.
    As a civil Pro-Bono panel member, I am requesting your firm consider assisting me with my case (Docket #, 3:02cv1736). I have done much of the preliminary work and would be happy to forward information that would expedite the handling of this case.
    For your information, I am a lifetime Bridgeport resident and the case in question was filed with the Bridgeport Federal Court. Because I am Connecticut inmate transferred to this Virginia facility, there is an additional burden with trying to handle this case alone.
    I would very much appreciate your assistance in this matter and look forward to hearing from your firm.

Sincerely,

*Arthur M Corbett* #297066
Arthur M. Corbett #297066

C.C .AMC

County/City of Greensville
Commonwealth/State of Virginia
The foregoing instrument was subscribed and sworn before me this 5th day of December, 2003, by
Arthur Corbett
(name of person seeking acknowledgement)
Notary Public
My commission expires: 31/3 January 2004

Arthur M Corbett VA# 297066, CT# 160754
Greensville Correctional Ctr.
901 Corrections Way, 7/127
Jarratt, Va. 23870

December 3, 2003

Cahill Goetsch & Dipersia
43 Trumbull St.
New Haven, CT 06511

Dear Sir or Madam:

I am currently the plaintiff in a case with the U.S District Court of Connecticut. I am seeking Pro-Bono counsel in this action because my indigent condition prevents me from obtaining counsel otherwise.

As a civil Pro-Bono panel member, I am requesting your firm consider assisting me with my case (Docket #, 3:02cv1736). I have done much of the preliminary work and would be happy to forward information that would expedite the handling of this case.

For your information, I am a lifetime Bridgeport resident and the case in question was filed with the Bridgeport Federal Court. Because I am Connecticut inmate transferred to this Virginia facility, there is an additional burden with trying to handle this case alone.

I would very much appreciate your assistance in this matter and look forward to hearing from your firm.

Sincerely,

Arthur M. Corbett #297066

c.c .AMC

County/City of Greensville
Commonwealth/State of Virginia
The foregoing instrument was subscribed and sworn before me this 5th day of December, 2003, by
Arthur Corbett
(name of person acknowledgement)
A. O. Cagle
Notary Public
My commission expires: 31 January 2004

Arthur M Corbett  VA# 297066, CT# 160754
Greensville Correctional Ctr.
901 Corrections Way, 7/127
Jarratt, Va. 23870

December 3, 2003

Pullman Comley
P.O Box 7006
Bridgeport, CT 06601

Dear Sir or Madam:

I am currently the plaintiff in a case with the U.S District Court of Connecticut. I am seeking Pro-Bono counsel in this action because my indigent condition prevents me from obtaining counsel otherwise.

As a civil Pro-Bono panel member, I am requesting your firm consider assisting me with my case (Docket #, 3:02cv1736). I have done much of the preliminary work and would be happy to forward information that would expedite the handling of this case.

For your information, I am a lifetime Bridgeport resident and the case in question was filed with the Bridgeport Federal Court. Because I am Connecticut inmate transferred to this Virginia facility, there is an additional burden with trying to handle this case alone.

I would very much appreciate your assistance in this matter and look forward to hearing from your firm.

Sincerely,

Arthur M. Corbett #297066

c.c .AMC

County/City of Greensville
Commonwealth/State of Virginia
The foregoing instrument was subscribed and sworn before me this 5th day of December 2003, by
Arthur Corbett
(name of person making acknowledgement)

Arthur M Corbett  VA# 297066, CT# 160754
Greensville Correctional Ctr.
901 Corrections Way, 7/127
Jarratt, Va. 23870

December 3, 2003

Lasala, Walsh & Wicklow
168 Asylum St.
P.O 1302
New Haven, CT 06505

Dear Sir or Madam:

    I am currently the plaintiff in a case with the U.S District Court of Connecticut. I am seeking Pro-Bono counsel in this action because my indigent condition prevents me from obtaining counsel otherwise.
    As a civil Pro-Bono panel member, I am requesting your firm consider assisting me with my case (Docket #, 3:02cv1736). I have done much of the preliminary work and would be happy to forward information that would expedite the handling of this case.
    For your information, I am a lifetime Bridgeport resident and the case in question was filed with the Bridgeport Federal Court. Because I am Connecticut inmate transferred to this Virginia facility, there is an additional burden with trying to handle this case alone.
    I would very much appreciate your assistance in this matter and look forward to hearing from your firm.

Sincerely,

Arthur M. Corbett #297066

C.C .AMC

County/City of _Greensville_
Commonwealth/State of _Virginia_
The foregoing instrument was subscribed and sworn before me this _5th_ day of _December_, _2003_, by
_Arthur Corbett_
(name of person making acknowledgement)
_____
Notary Public
My commission expires: _31 January 2004_

February     2004

Barbara Brazzel-Massaro
Associate Attorney for The City of Bridgeport, Ct.
999 Broad Street

Re: Corbett v. Fitzgerald, et al
And Rule 26(f) Scheduling Order

Dear Mrs. Massaro:

In accordance with Rule 26(f), petitioner has not submitted the required Scheduling Order, because the petitioner was only made aware that such Order was necessary on or about January 14, 2004; Moreover, petitioner was not present at the November 5, 2003 Planning Meeting, although your letter indicates that petitioner was present.

While petitioner has no reason to oppose the present Scheduling Order proposed, petitioner has submitted his Motion for Discovery, which may, or may not, coincide with your tentative Proposal. Please review petitioner's Memorandum and advise whether we made proceed towards resolution in this matter.

I remain,                             Respectfully yours,

                                      Arthur M. Corbett, # 297066
                                      Pro Se
                                      Greensville Correctional Center
                                      901 Corrections Way
                                      Jarratt, Virginia 23870


CC: Assc/Atty/City (1)
    Keep/Copy/AMC(1)

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARTHUR M. CORBETT, Petitioner,

VS.

OFFICERS': FITZGERALD
CUMMING
DELBOUNO
COSGROVE, Defendant(s)

Case No.: CIV. No. 3:02cv 1736 (RNC)(TPS)

Petitioner's Interrogatories
AND REQUEST FOR PRODUCTION OF DOCUMENTS AND PAPERS

The petitioner, pro se, pursuant to Rule 33 of the Federal Rules of Civil Procedure, propounds the following Interrogatories to the defendant(s), to be answered in writing and under oath within thirty (30) days from service of same.

1. List all documents or copies of documents in the defendant's possession or of which the defendant's have knowledge, which refer anyway to the claims of the petitioner that are subject of this pending matter.
ANSWER:

2. List all documents or copies of documents which the defendant(s) will or may introduce into evidence at the Planning Meeting concerning the pending matter; Also refer to Rule 26(f) Scheduling Order
ANSWER:

3. Identify all facts or documents known to the defendant,'s which are favorable in anyway to the claims of the petitioner, that the petitioner claims of excessive force and failure to intervene.
ANSWER:

-2-

4. List the name, address and telephone number of each individual likely to have discoverable information which the defendant(s) may use to support its defenses and indentify the subject matter of the information.

ANSWER:

5. Identify or describe by category and location all documents or other tangible thiongs which are in the possession, custody or control of defndant(s) which represents the defendant's option to use or not use as its defense in this matter.

ANSWER:

These interrogatories shall be deemed to be continuing and to be timely supplemented by additional information obtained subsequent to the filing of your original Answers to such Interrogatories.

## REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 34 of the Federal Rules of Civil Procedure the petitioner requests that you produce for inspection and copying at the most likely place for Court review, the following documents or materials within thirty (30) days from the service of this request at a time convenient to all parties.

1. Produce a copy of all documents or other tangible things which are referred to in defendant(s) Answers to Interrogatories 1 through 5 propounded by the petitioer to the defendant(s) herein.

ARTHUR M. CORBETT
By: *Arthur M. Corbett*
Petitioner- Pro Se
#297066- 7/127

-3-

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CERTIFICATE  OF  SERVICE\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Interrogatories and Request for Production of Documents were mailed first class, postage prepaid to Barbara Brazzel-Massaro, Associate City Attorney, OFFICE OF THE CITY ATTORNEY, 999 Broad Street- 2nd Floor, Bridgeport, CT 06604, this ____9th____ day of February 2004.

ARTHUR M. CORBETT

_Arthur M. Corbett_  #297066
Petitioner  Pro Se