3:02CV1736 (RNC)

FEB 16 2005

Feb. 10 2005

To the clerk of the Court

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
2/16/05
Kevin F. Rowe, Clerk
By: [signature]
Deputy Clerk

Dear Kevin F. Rowe:

    I am writing on behalf to a letter of Notice of Counsel that was forwarded to me on Jan. 14, ARTHUR CORBETT v. Officer Fitzgerald Case number 3:02CV1736. The reason for the delay in my response is due to the change of address of Greensville Correctional Center 901 Corrections Way Jarrett, Va. The notice was forward then to Lynn Milling Interstate Compact office, Suffield, CT, then forward to me @ Carl Robinson Correctional Ins. Feb 7, 2005. Where I am presently incarcerated. I have been moving from address to address since the transition of CT. Inmates being sent back from Virginia Dept. of Corrections.

    I apologize for not informing the court of steady address, but @ that time I did not know where I was going to be placed. Sir, before returning to Conn. I filed for litigation hearing for a judgement with Attorney Barbara-Brazzel Massaro but never received a response from the court or her, for a hearing date. In regard to Rule 41(a)

    My reason for request "No satisfactory action" Should not be entered against my claim because I did not respond within the twenty day time period. I received the notice after the dismissal date; thereafter, Mr. Rower, I hope that you find in favor merit for my claim to still stand and be heard in Court.

If there was any motions filed on Attorney Brazzel-Massaro, for resolution claim or a hearing date. I was also never notified. I have written her office for necessary information (Internal Affair Investigation) disposition to proceed with my claim, but to no avail.

I ask that your office extend the date if a decision have not been render yet.

Sincerely,
Arthur M. Corbett 10#297066 CT#160754
40 C.R. C+
P.O Box 1400
Enfield, CT. 06083