UNITED STATES DISTRICT COURT  FILED
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR M. CORBETT, | 2006 MAR 31  A 8:28 |
|     Plaintiff, | |
| v. | CASE NO. 3:02CV1736 (RNC) |
| OFFICER FITZGERALD, ET AL., | |
|     Defendants. | |

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Thomas P. Smith for the following:

\_\_\_ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

\_\_\_ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

_X_ To conduct settlement conferences (orefmisc./cnf);

\_\_\_ To conduct a prefiling conference (orefmisc./cnf);

\_\_\_ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

\_\_ A ruling on the following pending motions (orefm.):
_____
_____
_____

So ordered.

Dated at Hartford, Connecticut this 30 day of March 2006.

                                     Robert N. Chatigny
                                  United States District Judge