FILED

2006 MAY -2 A 11: 51

U.S. DISTRICT COURT
BRIDGEPORT CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR M. CORBETT | : |
| | : ~~PRISONER~~ |
| Plaintiff, | : CIV. NO: 3:02CV1736 (RNC) |
| v. | : |
| | : |
| OFFICER FITZGERALD, ET AL | : |
| | : |
| Defendant | : MAY 1, 2006 |

## MOTION FOR CONTINUANCE OF TRIAL DATE

The Court has scheduled the above referenced case for Trial, with Jury Selection on July 11, 2006.

Counsel for the Defendants has been scheduled to try a case entitled <u>Lucy Santiago, ppa v. City of Bridgeport, et al</u>, Docket No. CV 01-0383894S, on July 11, 2006. Counsel for the Defendants requested a continuance of the <u>Santiago</u> case, but was informed on April 27, 2006 that such a request has not been granted.

Therefore, the Defendants request that the Court permit the selection of a jury on July 11, 2006 by another counsel in the Office of the City Attorney and set a date for trial at the end of the month of July, 2006 in order to permit counsel to represent the Defendants.

BMF06052                           1

THE DEFENDANTS

BY: *Barbara B. Massaro*
Barbara Brazzel-Massaro
Assistant City Attorney
Office Of The City Attorney
999 Broad Street
Bridgeport, Connecticut 06604
Tel: 203/576-7647
Fed. Bar #05746

**CERTIFICATION**

This is to certify that a copy of the foregoing "Motion for Continuance of Trial Date" has been mailed, postage prepaid, this 1st day of May, 2006, to:

Arthur M. Corbett (297066)
Carl Robinson Correctional Institution
P.O. Box 1400
Enfield, CT 06083-1400

*Barbara B. Massaro*
Barbara-Brazzel-Massaro

FILED

2006 MAY -2 A 11:51

U.S. DISTRICT COURT
DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR M. CORBETT | : |
| | : ~~PRISONER~~ |
| Plaintiff, | : CIV. NO: 3:02CV1736 (RNC) |
| v. | : |
| | : |
| OFFICER FITZGERALD, ET AL | : |
| | : |
| Defendant | : MAY 1, 2006 |

### NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

**MOTION FOR CONTINUANCE OF TRIAL DATE**

☒ This document has not been filed electronically because:
    the document cannot be converted to an electronic format
☐ the electronic file size of the document exceeds 1.5 megabytes
☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Defendant is excused from filing this document by Court order

The document has been manually served on all parties.

THE DEFENDANTS

By: _____
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel: #203/576-7647/Fed. Bar #05746

BMF06052

1

## CERTIFICATION

This is to certify that a copy of the "Notice of Manual Filing" has been mailed, postage prepaid, on this 1ST day of May, 2006, to:

Arthur M. Corbett (297066)
Carl Robinson Correctional Institution
P.O. Box 1400
Enfield, CT  06083-1400

_____
Barbara Brazzel-Massaro