UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR M. CORBETT | : |
| | : ~~PRISONER~~ |
| Plaintiff, | : CIV. NO: 3:02CV1736 (RNC) |
| v. | : |
| OFFICER FITZGERALD, ET AL | : |
| Defendant | : MAY 25, 2006 |

### JOINT TRIAL MEMORANDUM

**A.   Trial Counsel**

Barbara Brazzel-Massaro
Associate City Attorney
Office of the City Attorney
999 Broad Street
Bridgeport, CT  06604
Tel: 203/576-7647
Fax: 203/576-8252
E-Mail: BrazzB0@CI.Bridgeport.CT.US

**B.   Jurisdiction**

See Plaintiff's Complaint

**C.   Jury/Non-Jury**

Jury Case

BMF06049                                 1

D.  **Nature of Case**

This action was filed pro se by Arthur Corbett alleging that the officers used excessive force when they arrested him on a warrant on January 16, 2001. In particular, Mr. Corbett was a passenger in a motor vehicle driven by Ms. Diane Walker. She was stopped and Mr. Corbett states when they attempted to arrest him on an outstanding warrant they hit him with a flashlight and kicked him causing physical injuries.

E.  **Stipulations of Fact and Law**

(1)  On January 16, 2001, Officers Fitzgerald, Cummings, Delbouno and Cosgrove were employed by the City of Bridgeport Police Department and acting in their capacity as police officers.

(2)  On January 16, 2001, Mr. Corbett had an outstanding warrant for his arrest for a failure to appear.

F.  **Plaintiff's Contentions**

See Plaintiff's Complaint

G.  **Defendant's Contentions**

On January 16, 2001, Officers Fitzgerald and Cummings conducted a motor vehicle stop of an automobile and they recognized Mr. Corbett. When the officers

attempted to take Mr. Corbett into custody for the outstanding warrant, he began to resist and attempted to evade capture. The officers used force necessary not only to effect the arrest, but also to prevent injury to themselves. The officers deny using excessive force and/or that Officers failed to intervene.

H.   **Legal Issues**

(1)   Did Officers Fitzgerald and Cummings use only the amount of force necessary to prevent injury to themselves or others and to prevent escape and effectuate the arrest of Mr. Corbett for the outstanding warrant?

(2)   Did Officers Delbouno and Cosgrove violate the Plaintiff's civil rights by failing to intervene?

I.   **Witnesses**

1.   Sergeant John Cummings
     Bridgeport Police Department
     300 Congress Street
     Bridgeport, CT  06604

Sergeant Cummings may testify as to the events surrounding the Plaintiff's arrest on January 16, 2001. Approximate direct exam: Less than 1 hour.

2.   Police Officer Brian Fitzgerald
     Bridgeport Police Department
     300 Congress Street
     Bridgeport, CT  06604

BMF06049                                3

Police Officer Fitzgerald may testify as to the events surrounding the Plaintiff's arrest on January 16, 2001. Approximate direct exam: Less than 1 hour.

3.  Police Officer Frank Delbouno
    Bridgeport Police Department
    300 Congress Street
    Bridgeport, CT 06604

Police Officer Delbouno may testify as to the events surrounding the Plaintiff's arrest on January 16, 2001. Approximate direct exam: Less than 1 hour.

4.  Police Officer Matthew Cosgrove
    Bridgeport Police Department
    300 Congress Street
    Bridgeport, CT 06604

Police Officer Cosgrove may testify as to the events surrounding the Plaintiff's arrest on January 16, 2001. Approximate direct exam: Less than 1 hour.

5.  Sergeant Mark Straubel
    Bridgeport Police Department
    300 Congress Street
    Bridgeport, CT 06604

Sergeant Straubel may testify as to the events surrounding the Plaintiff's arrest on January 16, 2001. Approximate direct exam: 30 minutes

6.  Lt. Robert Sapiro
    Bridgeport Police Department
    300 Congress Street
    Bridgeport, CT 06604

    Lt. Sapiro may testify as to statements made by the Plaintiff to him regarding the arrest of January 16, 2001. Approximate direct exam: 15 minutes

7. Keeper of Records
   Bridgeport Hospital
   267 Grant Street
   Bridgeport, CT

   May testify as to records of Arthur Corbett. Approximate direct exam: 15 minutes

8. Mr. Frank Betar
   645 Pine Street
   Bridgeport, CT

   Mr. Betar may testify as to what he observed during the arrest of Mr. Corbett on January 16, 2001. Approximate direct exam: 20 minutes

9. Mr. Brad Burns
   633 Pine Street
   Bridgeport, CT

   Mr. Burns may testify as to what he observed during the arrest of Mr. Corbett on January 16, 2001.

J. **Exhibits**

1. Incident Report #010116-278 – Report of Fitzgerald and Cummings

2. Photograph of Corbett on January 16, 2001

3. Booking log of January 16, 2001 containing activity of Mr. Corbett

4. CAD File of 01016-278 – Describing call of officers and times of service

5. Arrest record of Corbett

6. Reports of injuries to officers (Berkley files for Workers Compensation)

7. Photographs of knee injuries to Officer Fitzgerald completed by Detective Bureau

BMF06049                                   5

8. Bridgeport Hospital records (December 18, 2000) of Mr. Corbett

9. CAD record of call for assistance by Officer Fitzgerald and/or Cummings with 10-32

10. Copies of the warrants for Arthur Corbett on January 16, 2001

11. Medical treatment and report of police officers

**K.  Jury Charge**

See Attached

**L.  Anticipated Evidentiary Problems**

None known at the present time

**M.  Verdict Form**

See Attached

                    THE DEFENDANTS

BY: _/s/ Barbara B. Massaro_
Barbara Brazzel-Massaro
Assistant City Attorney
Office Of The City Attorney
999 Broad Street
Bridgeport, Connecticut 06604
Tel: 203/576-7647
Fed. Bar #05746

BMF06049

6

Arthur M. Corbett, #297066
Carl Robinson C.I.
P.O. Box 1400
Enfield, CT 06083

May 8, 2006

Barbara Brazzel-Massaro, Esq.
Associate City Attorney
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604-4328

RE: CORBETT v. FITZGERALD, et al
    CIV No: 3:02cv1736(RNC)

Dear Attorney Brazzel-Massaro:

Pursuant to your letter dated May 1, 2006, I am returning herewith the Proposed Joint Trial Memorandum and confirm that we have conferred via correspondence concerning this Memorandum.

Your letter references Section D - Plaintiff's contentions, wherein Secion D is the "Nature of the Case"; section E seems to be the correct section for Plaintiff's contentions. Having said that, after review, my complaint and it's contentions are clear and I will rest on that together with your summary.

Sincerely,

*Arthur M. Corbett*
Arthur M. Corbett, Pro-se

## CERTIFICATION

This is to certify that a copy of the foregoing "Joint Trial Memorandum" has been mailed, postage prepaid, this 25th day of May, 2006, to:

Arthur M. Corbett (297066)
Carl Robinson Correctional Institution
P.O. Box 1400
Enfield, CT 06083-1400

*/s/ Barbara B. Massaro*
Barbara-Brazzel-Massaro

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARTHUR M. CORBETT     :  ~~PRISONER~~
                      :  CIV. NO: 3:02CV1736 (RNC)
         Plaintiff,   :
v.                    :
                      :
OFFICER FITZGERALD, ET AL :
                      :
         Defendant    :  MAY 25, 2006

## NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

**JOINT TRIAL MEMORANDUM
REQUEST TO CHARGE
VERDICT FORM**

☒ This document has not been filed electronically because:
  the document cannot be converted to an electronic format
☐ the electronic file size of the document exceeds 1.5 megabytes
☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Defendant is excused from filing this document by Court order

The document has been manually served on all parties.

THE DEFENDANTS

By: _____
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel: #203/576-7647/Fed. Bar #05746

BMF06049                    1

## CERTIFICATION

This is to certify that a copy of the "Notice of Manual Filing" has been mailed, postage prepaid, on this 25th day of May, 2006, to:

Arthur M. Corbett (297066)
Carl Robinson Correctional Institution
P.O. Box 1400
Enfield, CT 06083-1400

*Barbara B. Massaro*
Barbara Brazzel-Massaro