UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARTHUR M. CORBETT,  :
   :
    Plaintiff,  :
   :
   : Case No. 3:02CV1736 (RNC)
   :
OFFICER FITZGERALD, ET AL.,  :
   :
    Defendants.  :

**ORDER**

As it appears that this case is ready for trial and the plaintiff is without counsel, the Clerk is directed to make reasonable efforts to secure counsel for the plaintiff from the Civil Pro Bono Panel.

So ordered.

Dated at Hartford, Connecticut this 15 day of June 2006.

                      Robert N. Chatigny
                      United States District Judge