UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARTHUR CORBETT

v.   CIVIL NO: 3:02CV1736 (RNC)

OFFICER FITZGERALD, ET AL.

## APPOINTMENT OF PRO BONO COUNSEL

Pursuant to Local Rule 83.10 and at the Court's request, Jeffrey A. Fritz, Esquire, Jason S. Weathers, Esquire and Thomas D. Goldberg, Esquire of Day, Berry & Howard, LLP, CityPlace I, 185 Asylum Street, Hartford, CT 06103, Tel: (860) 275-0116 are appointed as counsel for the plaintiff, Arthur Corbett, in the above-captioned case.

Dated at Bridgeport, Connecticut this 7th of December, 2006.

KEVIN F. ROWE, Clerk
By

Cynthia Earle,
Staff Attorney