## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHUR CORBETT | : | PRO BONO APPEARANCE |
| | : | |
| V. | : | CASE NUMBER: 3:02CV1736 (RNC) |
| | : | |
| OFFICER FITZGERALD, ET AL. | : | DECEMBER 12, 2006 |

To the Clerk of this court and all parties of record:

Enter my appearance as Pro Bono Counsel in this case for:

Plaintiff Arthur Corbett.

By _____
Jason S. Weathers
Fed. Bar # ct24579
Day, Berry & Howard LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103
Tel.: (860) 275-0100

## CERTIFICATE OF SERVICE

This is to certify that copies of this appearance have been sent by first class mail, postage prepaid on this date to counsel of record as listed below:

Barbara Brazzel-Massaro
Associate City Attorney
Office of the City Attorney
999 Broad Street
Bridgeport, CT 06604

_____
Jason S. Weathers

41743943.1