# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**PRO BONO APPEARANCE**

FILED
2006 DEC 12 A 11: 50
U.S. DISTRICT COURT
BRIDGEPORT CONN

ARTHUR CORBETT

V

OFFICER FITZGERALD, ET AL.

CASE NUMBER: 3:02CV1736(RNC)

To the Clerk of this court and all parties of record:

Enter my appearance as Pro Bono Counsel in this case for: Arthur Corbett

| | |
|---|---|
| 12/11/06 | _[signature]_ |
| Date | Signature |
| ct26667 | Jeffrey A. Fritz |
| Connecticut Federal Bar Number | Print or Type Name |
| (860) 275-0100 | Day, Berry & Howard LLP |
| Telephone Number | Firm Name |
| | 185 Asylum St., CityPlace I |
| | Address |
| | Hartford          CT      06103 |
| | City              State   Zip Code |

## CERTIFICATE OF SERVICE

This is to certify that copies of this appearance have been mailed/handed on this date to counsel of record as listed below:

Barbara Brazzel-Massaro
Office of the City Attorney
City of Bridgeport
999 Broad St., 2nd Fl.
Bridgeport, CT  06604-4328

_[signature]_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)