UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
ARTHUR M. CORBETT,              :
                                :
     Plaintiff,                 :
                                :
     V.                         :   CASE NO. 3:02CV1736(RNC)
                                :
OFFICER FITZGERALD, ET AL.,     :
                                :
     Defendants.                :
```

REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge <u>Thomas P. Smith</u> for the following:

      _____    For all pretrial matters excluding trial, unless the parties consent to trial before the magistrate judge;

      _____    To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

      _____    To supervise discovery and resolve discovery disputes;

      \_\_\_X\_\_\_\_    To conduct a settlement conference;

      _____    To conduct a status conference and enter a new scheduling order;

      _____    To assist the parties in preparing a joint trial memorandum;

      _____    A hearing on damages and attorney fees;

      _____    A ruling on the following pending motions:

So ordered.

    Dated at Hartford, Connecticut this _____ day of December 2006.

                                                    /S/
                                         Robert N. Chatigny, U.S.D.J.