## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHUR M. CORBETT | : | CIVIL ACTION NO. |
| | : | 3:02-CV-01736 (RNC) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| OFFICER FITZGERALD, et al. | : | |
| | : | |
| Defendant. | : | MAY 1, 2007 |

## PLAINTIFF'S PROPOSED VOIR DIRE

1. Please state your name and address.

2. Please indicate the amount of formal education you have received and any military service. Also please indicate any professional licenses or degrees you have obtained.

3. State your present occupation, including the name of your employer and the nature of your duties. If you are retired, please describe your last full-time job, including the name or your employer and the nature of your duties.

4. Do you agree that if you are selected as a juror you will follow the law as the Court states it whether or not you personally agree with the legal principles as they are stated by the Court?

5. Have you or anyone close to you ever been involved in a lawsuit, or any kind of legal proceeding, as a litigant, witness or juror? If so, was it a civil or criminal legal proceeding? Would you characterize your experience as positive, negative or neutral? Please explain.

6. Have you or anyone in your close circle of family or friends had any experience working in any type of legal service or law enforcement?

7. Have you or anyone in your close circle of family or friends ever been employed by a town or state police department in this state or any state?

8. In your work life or personal life, do you ever work with or interact with police officers? If so, how often? Please describe the nature of these interactions.

9. When it comes to eye-witness accounts of an incident, do you believe that a police officer's testimony is more believable than the testimony of a civilian witness? Please explain why or why not?

10. On a scale of "very good" to "very poor" what is your general opinion of police officers? Please explain why you feel this way.

11. What is your opinion of law enforcement in the town where you live? Please explain how you came to this opinion.

12. Have you ever had a particularly good experience with a police officer, where perhaps a police officer came to your aid or in your opinion went above and beyond the call of duty in helping you? If so, please describe the experience and how you feel about it.

13. Have you ever had the opposite experience, where a police officer behaved in a way that fell below your expectations for law enforcement officers? If so, please describe the experience and how you feel about it.

14. A civil jury has the power to decide whether or not a police officer has used excessive or unreasonable force when a citizen is injured while the officer is carrying out his or her duties. Do you think it is wrong for civil juries to make these kinds of decisions? Please explain why or why not.

15. Do you think any feelings you have about police officers would cause you to lean in favor of or against police officers in a case where an aggrieved party sues an officer for using excessive force?

16. Have you or anyone close to you ever been in a situation where you or they had to resort to self-defense?

17. Have you ever read or heard any news stories concerning a police officer's use of force in order to protect himself or herself from harm? If yes, did you draw any general conclusions about police or the law based on what you read or heard?

18. Have you ever read or heard any news stories concerning a police officer's use of force to prevent a person from fleeing the scene of a crime or evading arrest? If yes, did you draw any general conclusions from what you read or heard?

19. During the course of his or her duties, do you think a police officer should be held accountable for any unreasonable mistake that he or she makes that causes someone else serious injury or death?

20. Has drug use ever impacted your life in that a close friend or family member used drugs or was harmed using drugs?

21. When it comes to drug use, do you think you are relatively neutral concerning this issue or this an issue that makes you particularly angry or upset?

22. Do you know any of the parties or attorneys in this case? If so, please indicate the nature of your relationship.

23. Do you have any knowledge of the facts of this case outside of what you've learned here today?

24. Have you ever lived or worked in Bridgeport, Connecticut?

25. Do you know of any other reason or has anything occurred during this question period that might make you doubtful that you can be a completely fair and impartial juror in this case?