**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ARTHUR M. CORBETT | : | CIVIL ACTION NO. |
| | : | 3:02-CV-01736 (RNC) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| OFFICER FITZGERALD, et al. | : | |
| | : | |
| Defendant. | : | MAY 1, 2007 |

## **VERDICT FORM**

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

**I.  Depravation of Fourth Amendment Rights:**

With respect to each of the following defendants, has Mr. Corbett proven by a preponderance of the evidence that such Defendant violated Mr. Corbett's constitutional right to be free from the use of excessive force or failed to intervene in another Defendant's use of excessive force?

| | | |
|---|---|---|
| Brian Fitzgerald | _____ Yes | _____ No |
| John Cummings | _____ Yes | _____ No |
| Matthew Cosgrove | _____ Yes | _____ No |
| Frank Delbouno | _____ Yes | _____ No |

If you answered "Yes" as to any Defendant, proceed to Part II. If you answered "No" as to all Defendants, proceed to Part IV.

1

**II.    Compensatory and Nominal Damages**

A.    With respect to any Defendant you find to be liable to Mr. Corbett, has Mr. Corbett proven by a preponderance of the evidence that he sustained injury or damage as a result of the wrongful conduct of that Defendant?

> Please note:  you should not respond to this question as to a Defendant unless you concluded that the Defendant is liable to Mr. Corbett.

| Defendant | Yes | No |
|---|---|---|
| Brian Fitzgerald | _____ | _____ |
| John Cummings | _____ | _____ |
| Matthew Cosgrove | _____ | _____ |
| Frank Delbouno | _____ | _____ |

(proceed to Part II.B.)

B.    If your answer to Part II.A. is "Yes" as to any Defendant, what is the amount of damages you determine to be fair, just and reasonable to compensate Mr. Corbett for the injuries he has sustained?

Compensatory Damages:            $_____

(proceed to Part II.C.)

C.    If your answer to Part II.A. is "No" as to any Defendant, but you have found that there was a violation of a right secured by the U.S. Constitution for which the Defendant is liable (*i.e.*, you completed and answered "Yes" to part I. as to that Defendant), you <u>must</u> award nominal damages in the amount of $1.00. Please enter that amount.

Nominal Damages:            $_____

**III.    Punitive Damages**

    A.    With respect to each of the following Defendants, if you found that that Defendant is liable to Mr. Corbett for compensatory or nominal damages, do you also find that, because of that Defendant's conduct conduct, the Defendant is liable for punitive damages?

|  | | |
|---|---|---|
| Brian Fitzgerald | _____ Yes | _____ No |
| John Cummings | _____ Yes | _____ No |
| Matthew Cosgrove | _____ Yes | _____ No |
| Frank Delbouno | _____ Yes | _____ No |

    B.    If your answer to Part III.A. is "Yes" as to any Defendant, what is the amount of punitive damages you award to Mr. Corbett with respect to that Defendant?

|  |  |
|---|---|
| Brian Fitzgerald | $_____ |
| John Cummings | $_____ |
| Matthew Cosgrove | $_____ |
| Frank Delbouno | $_____ |

(proceed to Part IV.)

IV.    You have now completed your deliberations. Please sign and date this form.

**Dated at Hartford, Connecticut this _____ day of _____, 2007**

 

                                                                                    _____
                                                                                        **Foreperson**