UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR M. CORBETT : | |
| : | CIVIL ACTION NO. |
| Plaintiff, : | 3:02-CV-01736 (RNC) |
| v. : | |
| : | |
| OFFICER FITZGERALD, et al. : | |
| : | |
| Defendant. : | |
| | MAY 1, 2007 |

## PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE PLAINTIFF'S ARREST RECORD PRIOR TO NOVEMBER 1, 2000 AND PRECLUDE REFERENCES TO SUCH ARRESTS

Plaintiff, Arthur M. Corbett ("Mr. Corbett"), respectfully moves the court for an order precluding the Defendants from introducing into evidence any testimony or other evidence that mentions or refers to any arrest, or the subject thereof, occurring prior to his November 1, 2000 arrest by Officers Cummings and Fitzgerald. Aside from the January 16, 2001 arrest at issue here, and his November 1, 2000 arrest, the probative value of any arrest of Mr. Corbett, or the subject thereof, is substantially outweighed by its prejudicial effect. The Court, therefore, should exclude such evidence pursuant to Rule 403 of the Federal Rules of Evidence.

For these reasons, and as set forth more fully in the accompanying memorandum of law, Mr. Corbett respectfully requests that the Court grant his Motion in Limine and exclude all testimony and evidence relating to any arrest, or the subject thereof, occurring prior to November 1, 2000.

        PLAINTIFF,
        ARTHUR M. CORBETT

By:   /s/ Jeffrey A. Fritz_____
       Thomas D. Goldberg (ct 04386)
       Jason S. Weathers (ct 24579)
       Jeffrey Allan Fritz (ct 26667)
       Day Pitney LLP
       City Place I
       185 Asylum Street
       Hartford, CT  06103-3499
       (860) 275-0100
       (860) 275-0343 fax
       *tdgoldberg@daypitney.com*
       *jsweathers@daypitney.com*
       *jafritz@daypitney.com*

       Its Attorneys

## CERTIFICATE OF ELECTRONIC SERVICE

I HEREBY CERTIFY that on this date a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

       /s/ Jeffrey A. Fritz_____
       Jeffrey A. Fritz