UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR M. CORBETT, | : |
| Plaintiff, | : |
| V. | : CASE NO. 3:02CV1736 (RNC) |
| OFFICER FITZGERALD, ET AL., | : |
| Defendants. | : |

ORDER

In the interest of justice, the above identified case is hereby transferred to Judge Warren W. Eginton.  All further pleadings or documents in this matter should be filed with the Clerk's Office in Bridgeport and bear the docket number 3:02CV1736 (WWE).

So ordered.

Dated at Hartford, Connecticut this 23rd day of May 2007.

_____/s/_____
Robert N. Chatigny
United States District Judge