United States District Court
District of Connecticut
FILED AT BRIDGEPORT
8/13/07
Kevin F. Rowe, Clerk
By D. Candee
Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR M. CORBETT | : |
| | : PRISONER |
| Plaintiff, | : CIV. NO: 3:02CV1736 (RNC) |
| | : |
| v. | : |
| | : |
| OFFICER FITZGERALD, ET AL | : |
| | : |
| Defendants | : AUGUST 13, 2007 |

## DEFENDANTS' LIST OF EXHIBITS

| | |
|---|---|
| 501 | Incident Report |
| 502 | January 16, 2001 Photo of Corbett |
| 503 | CAD File 01016-278 |
| 504 | Arrest Record of Corbett |
| 505 | Photo – Knee Injury of Fitzgerald |
| 506 | December 18, 2000 Bridgeport Hospital Report of Corbett |
| 507 | CAD Records of Call for Assistance by Fitzgerald/Car |
| 508 | Warrants for Corbett on January 16, 2001 |
| 509 | Fitzgerald – Medical Treatment |
| 510 | Delbouno Use of Force Form |
| 511 | Cosgrove Use of Force Form |
| 512 | Fitzgerald Use of Force Form |

THE DEFENDANTS

By: _____
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel: #203/576-7647
Fed. Bar #05746

**CERTIFICATION**

This is to certify that a copy of the foregoing "Defendants' Witness List" has been hand delivered on this 13th day of August, 2007.

**Jason Weathers, Esq.**
**Jeffrey Fritz, Esq.**
**Day, Pitney LLP**
**CityPlace 1**
**185 Asylum Street**
**Hartford, CT 06103**

_____
Barbara Brazzel-Massaro

BMF07133

2