

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ARTHUR M. CORBETT** | : |
| | : PRISONER |
| Plaintiff, | : CIV. NO: 3:02CV1736 (RNC) |
| | : |
| v. | : |
| | : |
| **OFFICER FITZGERALD, ET AL** | : |
| | : |
| Defendants | : AUGUST 13, 2007 |

### DEFENDANTS' LIST OF WITNESS

1. Sergeant John Cummings

2. Police Officer Brian Fitzgerald

3. Police Officer Frank Delbouno

4. Police Officer Matthew Cosgrove

5. Sergeant Mark Straubel

6. Lieutenant Robert Sapiro

7. Mr. Frank Betar

8. Mr. Brad Burns

BMF07134                            1

THE DEFENDANTS

By: /s/ Barbara B. Massaro
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel: #203/576-7647
Fed. Bar #05746

### CERTIFICATION

This is to certify that a copy of the foregoing "Defendants' List of Witness" has been hand delivered on this 13th day of August, 2007.

Jason Weathers, Esq.
Jeffrey Fritz, Esq.
Day, Pitney LLP
CityPlace 1
185 Asylum Street
Hartford, CT 06103

/s/ Barbara B. Massaro
Barbara Brazzel-Massaro

BMF07134                                2