**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ARTHUR M. CORBETT, | ) | Civil Action No. |
| | ) | 3:02CV1736 (RNC) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OFFICER FITZGERALD, OFFICER CUMMING, OFFICER DELBOUNO, and OFFICER COSGROVE, | ) ) ) | |
| | ) | |
| Defendants. | ) | SEPTEMBER 10, 2007 |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned, MICHAEL P. SHEA, in the above-captioned matter on behalf of Plaintiff Arthur M. Corbett.

I certify that I am admitted to practice in this Court.

By: /s/ Michael P. Shea
Michael P. Shea (ct#19598)
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103
(860) 275-0100 (tel.)
(860) 275-0343 (fax)
mpshea@daypitney.com

## **CERTIFICATION**

      I hereby certify that on this 10th day of September, 2007, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        /s/ Michael P. Shea              .
                                        Michael P. Shea