

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR M. CORBETT | : |
| | : PRISONER |
| Plaintiff, | : CIV. NO: 3:02CV1736 (WWE) |
| | : |
| v. | : |
| | : |
| OFFICER FITZGERALD, ET AL | : |
| | : |
| Defendants | : SEPTEMBER 6, 2007 |

### SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
### ADMISSION OF 1992 CONVICTION OF ARTHUR CORBETT

**INTRODUCTION**

The Defendants' have requested that the Court review the admissibility of the 1992 conviction of Mr. Arthur Corbett for admission as evidence pursuant to Rule 609 of the Federal Rules. In support of the Defendants' argument for admission of the conviction, they have submitted additional evidence and argument as set forth below.

**ARGUMENT**

The Court has already indicated that the convictions for the arrests after 2000 will be admissible pursuant to Rule 609, but held for decision the admission of the 1992 conviction which led to a period of incarceration until 1999. In accordance with the Federal Rule and case law, the Defendants argued that the 1999 should also be

BMF07156                                    1

admissible. A reading of 609(b) leads to the conclusion that the conviction is admissible if he was incarcerated until 1999. In addition to the general proposition of admissibility, there are other factors which add to such a finding. The early release by the Department of Corrections mandated conditions that, if not followed, would place Mr. Corbett in a position of being incarcerated and serving the remaining sentence. The Application for Arrest Warrant indicates conditions to his 1999 release of which use of narcotics etc. will send him back to jail. Therefore, he was not free and clear of his sentence in 2001 when this arrest occurred. Technically he was still serving his sentence for the 1992 conviction because he was on probation at the time (Exhibit A). The Application for Arrest Warrant, dated 8/3/00 by Franklin Cortes, indicated the Probation for Mr. Corbett began on 8/4/99 and would end on 8/3/2004 (Paragraph 3 of Exhibit A). Additionally, the affidavit clearly indicates that Mr. Corbett could be arrested on a warrant for the violation of probation based upon the 1992 arrest. In this regard the conviction was not ten years old in 2000 or 2007 because it related back and was continuous from 1992. Federal Rule 609(b) states in interpreting the ten year period that it is: "if a period of more than ten years has elapsed since the date of the conviction or of the release of the witness from the confinement imposed for that conviction, whichever is the later date . . ." In <u>Haynes v. Kanaitis and Bergeson</u>, 2004 U.S. Dist. Lexis 5527 (Dist. of Conn. 2004) (CFD), the court determined that the ten year period was calculated by looking to the date of

release.  In <u>Haynes</u>, there was a 1992 conviction in which the plaintiff served a two year sentence and was released in 1994.  Thus, the court found in 2004 that the conviction was within the ten year period for admissibility because it was just ten years since release.

Plaintiff's release on August 3, 1999 certainly fits well within the ten year period.

Additionally, the conditional probation certainly provides an issue as to the plaintiff's state of mind when he realized that he was about to be arrested and, under the terms of his probation, would now be required to serve the remaining five years of the sentence.  This alone could lead to very relevant and probative questions as to his actions on this date.  He was the one who without question, if caught, was going back to prison.  It is not just the 1992 arrest, but the ongoing probation for this arrest and the negative effect this would have on him if arrested.

Given the law and the facts of the instant action, the 1992 conviction should be admissible.

THE DEFENDANTS

BY: _____
Barbara Brazzel-Massaro
Assistant City Attorney
Office Of The City Attorney
999 Broad Street
Bridgeport, Connecticut 06604
Tel: 203/576-7647
Fed. Bar #05746

**CERTIFICATION**

This is to certify that a copy of the foregoing "Supplemental Memorandum in Support of Admission of 1992 Conviction of Arthur Corbett" has been mailed, postage prepaid, on this 6th day of September, 2007, to:

Jason Weathers, Esq.
Jeffrey Fritz, Esq.
Day, Pitney LLP
CityPlace 1
185 Asylum Street
Hartford, CT  06103

_____
Barbara-Brazzel-Massaro

**ARREST WARRANT APPLICATION**
JD-CR-64 Rev. 9-98
C.G.S. § 54-2a, Pr. Bk. Sec. 36-1, 36-2, 36-3

STATE OF CONNECTICUT
SUPERIOR COURT

**FOR COURT USE ONLY**
Supporting Affidavits Sealed
☐ YES    ☐ NO

NAME AND RESIDENCE (Town) OF ACCUSED
~~Arthur Corbett 135 Prince Street Bridgeport, CT.~~

COURT TO BE HELD AT (Town): Bridgeport    G.A. NO.: JD

## APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the...

☐ affidavit below...    ☐ affidavit(s) attached.

| DATE AND SIGNATURE | DATE | SIGNED (Prosecutorial Official) |
|---|---|---|
| | | |

## AFFIDAVIT

The undersigned, being duly sworn, deposes and says:

1) That I, Franklin O. Cortes, have worked as a Probation Officer for more than 15 years for the Bridgeport Office of the Court Support Services Division.

2) That on 11/13/1992, Judge Roland D. Fasano, Bridgeport Superior Court JD sentenced Arthur Corbett as follows: Docket Number CR92-71519-T A) VSDPDL; 15 years, e/s, after 10 years, 5 years probation. B) Carry Pistol W/out Permit; 5 years to serve to run concurrent. C) Assault on Peace Office; 5 years to serve to run concurrent.

   Total effective sentence 15 years execution suspended after 10 years, 5 years Probation. The following special conditions were imposed:

   a. Substance abuse counseling/testing as deemed appropriate by probation;
   b. No possession or control of any weapon;
   c. No possession of drugs or drug paraphernalia;
   d. Seek and maintain full-time employment.

3) That Corbett's Probation began on 8/4/99 and will end on 8/3/2004.

   That Corbett signed his Conditions of Probation on 8/4/99, 8/16/99, and 9/22/99

| DATE AND SIGNATURE | DATE: 8/3/00 | SIGNED (Affiant): [signature] |
|---|---|---|
| JURAT | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date): 8/3/00 | SIGNED (Judge, Clerk, Comm. Sup. Ct. ~~Notary Pub.~~): [signature] |

JEANNETTE TORRES
NOTARY PUBLIC
MY COMMISSION EXPIRES APR. 30, 2003

## FINDING

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| DATE AND SIGNATURE | DATE | SIGNED (Judge, Clerk, Comm. Sup. Ct., Notary Pub.) |
|---|---|---|
| | | |

(Page 1 of 2)

**ARREST WARRANT APPLICATION**
JD-CR-64 Rev. 9-98
C.G.S. § 54-2a, Pr. Bk. Sec. 36-1, 36-2, 36-3

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

FOR COURT USE ONLY
Supporting Affidavits Sealed
☐ YES  ☐ NO

| NAME AND RESIDENCE (Town) OF ACCUSED | COURT TO BE HELD AT (Town) | G.A. NO. |
|---|---|---|
| Arthur Corbett 135 Prince Street Bridgeport, CT. | Bridgeport | JD |

## APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the...

☐ affidavit below...      ☐ affidavit(s) attached.

| DATE AND SIGNATURE | DATE | SIGNED (Prosecutonal Official) |
|---|---|---|
| | | |

## AFFIDAVIT

The undersigned, being duly sworn, deposes and says:

1) That I, Franklin O. Cortes, have worked as a Probation Officer for more than 15 years for the Bridgeport Office of the Court Support Services Division.

2) That on 11/13/1992, Judge Roland D. Fasano, Bridgeport Superior Court JD sentenced Arthur Corbett as follows: Docket Number CR92-71519-T A) VSDPDL; 15 years, e/s, after 10 years, 5 years probation. B) Carry Pistol W/out Permit; 5 years to serve to run concurrent. C) Assault on Peace Office; 5 years to serve to run concurrent.

   Total effective sentence 15 years execution suspended after 10 years, 5 years Probation. The following special conditions were imposed:

   a. Substance abuse counseling/testing as deemed appropriate by probation;
   b. No possession or control of any weapon;
   c. No possession of drugs or drug paraphernalia;
   d. Seek and maintain full-time employment.

3) That Corbett's Probation began on 8/4/99 and will end on 8/3/2004.

   That Corbett signed his Conditions of Probation on 8/4/99, 8/16/99, and 9/22/99

| DATE AND SIGNATURE | DATE 8/3/00 | SIGNED (Affiant) |
|---|---|---|
| JURAT | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date) 8/3/00 | SIGNED (Judge, Clerk, Comm. Sup. Ct., Notary Pub.) |

JEANNETTE TORRES
NOTARY PUBLIC
MY COMMISSION EXPIRES APR. 30, 2003

## FINDING

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| DATE AND SIGNATURE | DATE | SIGNED (Judge, Clerk, Comm. Sup. Ct., Notary Pub.) |
|---|---|---|
| | | |

(Page 1 of 2)

# ARREST WARRANT APPLICATION

JD-CR-64 Rev. 9-98
C.G.S. § 54-2a, Pr. Bk. Sec. 36-1, 36-2, 36-3

STATE OF CONNECTICUT
SUPERIOR COURT

**FOR COURT USE ONLY**
Supporting Affidavits Sealed
☐ YES   ☐ NO

| NAME AND RESIDENCE (Town) OF ACCUSED | COURT TO BE HELD AT (Town) | G.A. NO. |
|---|---|---|
| Arthur Corbett 135 Prince Street Bridgeport, CT. | Bridgeport | JD |

## APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the...

☐ affidavit below...   ☐ affidavit(s) attached.

| DATE AND SIGNATURE | DATE | SIGNED (Prosecutorial Official) |
|---|---|---|
| | | |

## AFFIDAVIT

The undersigned, being duly sworn, deposes and says:

4)  That Bridgeport Police Reports show the following information:
    On 5/2/2000, at approximately 7:00 AM, during a police surveillance of buildings 12 and 13 of PT Barnum Housing Complex, police saw Arthur Corbett look at Joel Gomes as he finished an exchange with David Szigeti and said something to Gomes. Gomes looked at Corbett and nodded yes to him. Corbett and Gomes spoke. Gomes took a good size fold of paper like currency and handed to Corbett. Corbett counted it and took it.

    At approximately, 7:25 AM, Police saw Alexander Rosario speaking with the driver of a white van. Rosario handed the driver several small items from a plastic bag. Rosario took the paper like currency from the driver and handed it to Corbett.

    At approximately 7:30 AM, police saw Corbett and Rosario approach a dark blue van. Corbett took paper like currency from the driver and handed the driver several small items. The driver took the items and drove out of the area.

    At approximately 7:35 AM, police saw a gray Ford Escort pull into building 12 and 13 location. The driver was Joseph Salemme and the passenger was Thomas Toth. Corbett and Alexander Rosario approached

| DATE AND SIGNATURE | DATE 8/3/00 | SIGNED (Affiant) |
|---|---|---|
| JURAT | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date) 8/3/00 | SIGNED (Judge, Clerk, Comm. Sup. Ct., Notary Pub.) |

JEANNETTE TORRES
NOTARY PUBLIC
MY COMMISSION EXPIRES APR. 30, 2003

## FINDING

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| DATE AND SIGNATURE | DATE | SIGNED (Judge, Clerk, Comm. Sup. Ct., Notary Pub.) |
|---|---|---|
| | | |

(Page 1 of 2)

| ARREST WARRANT APPLICATION<br>JD-CR-64 Rev. 9-98<br>C.G.S. § 54-2a, Pr. Bk. Sec. 36-1, 36-2, 36-3 | STATE OF CONNECTICUT<br>SUPERIOR COURT | FOR COURT USE ONLY<br>Supporting Affidavits Sealed<br>☐ YES ☐ NO |
|---|---|---|
| NAME AND RESIDENCE (Town) OF ACCUSED<br>~~Arthur Corbett 135 Prince Street Bridgeport, CT~~ | | COURT TO BE HELD AT (Town) Bridgeport / G.A. NO. JD |

## APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the...

☐ affidavit below...   ☐ affidavit(s) attached.

| DATE AND SIGNATURE | DATE | SIGNED (Prosecutorial Official) |
|---|---|---|
| | | |

## AFFIDAVIT

The undersigned, being duly sworn, deposes and says:

the vehicle from both sides. Corbett spoke to Salemme while Rosario was taking paper like currency from Toth. Corbett took several items from his jacket and handed them to Toth.

At approximately 8:45 AM, Deborah Johnson answered the door and indicated that Corbett was on the 2nd floor. When the Police saw Corbett exiting a bedroom, he was commanded to put his hands up and stay where he was. He complied and was handcuffed. Later, Corbett was identified by Officer Bailey and charged with Sale of Narcotics; Sale of Narcotics. 1500' Project; Conspiracy to commit; Sale of Narcotics; and Criminal Trespass 3rd. Bond was set at $50,000. Corbett had $286 in cash. Police described Corbett as a black male; DOB: 7/28/68; with a beard and moustache. This case is pending under CR00-158727. Next court date 8/8/00.

5) That a Bridgeport Police arrest warrant affidavit shows the following information: On 5/10/00, during a surveillance of the PT Barnum Housing Project at approximately 7:30 a.m., police saw Corbett on a bicycle, conversing with several drug dealers. Then Corbett walked to meet Sonia Lopez, a Hispanic female. Police overheard Corbett say: " I got some, come over here." Corbett and Lopez walked to Building 12. Police saw Corbett handing several white folds to Lopez in exchange for paper like currency. Lopez walked away. Police stopped and

| DATE AND SIGNATURE | DATE 8/3/00 | SIGNED (Affiant) |
|---|---|---|
| JURAT | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date) 8/3/00 | SIGNED (Judge, Clerk, Comm. Sup. Ct., ~~Notary Pub.~~)<br>JEANNETTE TORRES<br>NOTARY PUBLIC<br>MY COMMISSION EXPIRES APR 30, 20__ |

## FINDING

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| DATE AND SIGNATURE | DATE | SIGNED (Judge, Clerk, Comm. Sup. Ct., Notary Pub.) |
|---|---|---|
| | | |

(Page 1 of 2)

| ARREST WARRANT APPLICATION | STATE OF CONNECTICUT | FOR COURT USE ONLY |
|---|---|---|
| JD-CR-64 Rev. 9-98 | SUPERIOR COURT | Supporting Affidavits Sealed |
| C.G.S. § 54-2a, Pr. Bk. Sec. 36-1, 36-2, 36-3 | | ☐ YES  ☐ NO |

| NAME AND RESIDENCE *(Town)* OF ACCUSED | COURT TO BE HELD AT *(Town)* | G.A. NO. |
|---|---|---|
| ~~Arthur Corbett 135 Prince Street Bridgeport, CT.~~ | Bridgeport | JD |

## APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the...

☐ affidavit below...    ☐ affidavit(s) attached.

| DATE AND SIGNATURE | DATE | SIGNED *(Prosecutorial Official)* |
|---|---|---|
| | | |

## AFFIDAVIT

The undersigned, being duly sworn, deposes and says:

arrested Lopez and seized 3 white folds that tested positive for heroin. Corbett left the area and did not return. The police charged Corbett with Sale of Narcotics, and Sale of Narcotics. 1500' Project. Bond was set at $50,000. Police described Corbett as a black male with black hair and brown eyes; DOB 7/28/68; Address, 135 Prince St.. This case is pending under CR00-160025. Next court date is 8/8/00.

6) That a Bridgeport Police Report shows the following information: On 6/14/00, at approximately 8:30 a.m., during a surveillance of the PT Barnum Housing project, Police Officer Bailey saw Corbett sitting in a white Pontiac Grand Prix parked in front of Building 8. Knowing that Corbett had an outstanding warrant for narcotics violations, Bailey called other officers to arrest Corbett. During Corbett's search, police seized 3 sandwich type baggies. One baggie containing 50 small blue tinted zip-loc baggies each containing a white granular substance that tested positive for cocaine. A second baggie containing 10 white folds each containing a powdery substance that tested positive for heroin. A third baggie containing 12 white folds each containing white powdery substance that tested positive for heroin. All three baggies were turned in as evidence. Police also seized $440 in U.S. paper currency from Corbett. Corbett was charged with Poss. of Narcotics WITS and Poss. of Narcotics WITS W/in 1500' of Sch/Proj. Bond was set at $50,000. This case is pending under CR00-0160024. Next court date is 8/8/00.

| DATE AND SIGNATURE | DATE 8/3/00 | SIGNED *(Affiant)* [signature] |
|---|---|---|
| JURAT | SUBSCRIBED AND SWORN TO BEFORE ME ON *(Date)* 8/3/00 | SIGNED *(Judge, Clerk, Comm. Sup. Ct., Notary Pub.)* [signature] JEANNETTE TORRES NOTARY PUBLIC MY COMMISSION EXPIRES APR. 30, 2003 |

### FINDING

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| DATE AND SIGNATURE | DATE | SIGNED *(Judge, Clerk, Comm. Sup. Ct., Notary Pub.)* |
|---|---|---|
| | | |

(Page 1 of 2)

| ARREST WARRANT APPLICATION | | FOR COURT USE ONLY |
|---|---|---|
| JD-CR-64 Rev. 9-98<br>C.G.S. § 54-2a, Pr. Bk. Sec. 36-1, 36-2, 36-3 | STATE OF CONNECTICUT<br>SUPERIOR COURT | Supporting Affidavits Sealed<br>☐ YES   ☐ NO |

| NAME AND RESIDENCE (Town) OF ACCUSED | COURT TO BE HELD AT (Town) | G.A. NO. |
|---|---|---|
| Arthur Corbett 135 Prince Street Bridgeport, CT. | Bridgeport | JD |

## APPLICATION FOR ARREST WARRANT

TO: A Judge of the Superior Court

The undersigned hereby applies for a warrant for the arrest of the above-named accused on the basis of the facts set forth in the...

☐ affidavit below...   ☐ affidavit(s) attached.

| DATE AND SIGNATURE | DATE | SIGNED (Prosecutonal Official) |
|---|---|---|
| | | |

## AFFIDAVIT

The undersigned, being duly sworn, deposes and says:

7) That the above stated facts shows that Corbett violated the following conditions of Probation: No possession of drugs or drug paraphernalia, and Do not violate any criminal law of the State of Connecticut. Therefore, this officer requests a violation of Probation warrant for his arrest. Corbett is Black Male; DOB: 7/28/68; 5'11"; 210 lbs.; brown eyes; black hair; SSN: 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; LKA: 135 Prince St. Bridgeport, CT, Tel. # 336-2340.

According to my information, the offender is not incarcerated.

Bond in the amount of $50,000 is respectfully requested.

The Bridgeport Police made the original arrest.

This warrant affidavit has been reviewed:

_[signature]_

| DATE AND SIGNATURE | DATE 8/3/00 | SIGNED (Affiant) _[signature]_ |
|---|---|---|
| JURAT | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date) 8/3/00 | SIGNED (Judge, Clerk, Comm. Sup. Ct., Notary Pub.) _[signature]_ |

### FINDING

JEANNETTE TORRES
NOTARY PUBLIC
MY COMMISSION EXPIRES APR. 30, 2003

The foregoing Application for an arrest warrant, and affidavit(s) attached to said Application, having been submitted to and considered by the undersigned, the undersigned finds from said affidavit(s) that there is probable cause to believe that an offense has been committed and that the accused committed it and, therefore, that probable cause exists for the issuance of a warrant for the arrest of the above-named accused.

| DATE AND SIGNATURE | DATE | SIGNED (Judge, Clerk, Comm. Sup. Ct., Notary Pub.) |
|---|---|---|
| | | |

(Page 1 of 2)