FILED

2007 SEP -6  P 12: 52

U.S. DISTRICT COURT
BRIDGEPORT, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR M. CORBETT | : |
| | : PRISONER |
| Plaintiff, | : CIV. NO: 3:02CV1736 (WWE) |
| v. | : |
| | : |
| OFFICER FITZGERALD, ET AL | : |
| | : |
| Defendants | : SEPTEMBER 6, 2007 |

### NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
ADMISSION OF 1992 CONVICTION OF ARTHUR CORBETT**

This document has not been filed electronically because:
- ☒ the document cannot be converted to an electronic format
- ☐ the electronic file size of the document exceeds 1.5 megabytes
- ☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
- ☐ Defendant is excused from filing this document by Court order

The document has been manually served on all parties.

THE DEFENDANTS

By: _____
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel: #203/576-7647/Fed. Bar #05746

BMF07156

1

## CERTIFICATION

This is to certify that a copy of the "Notice of Manual Filing" has been mailed, postage prepaid, on this 6th day of September, 2007, to:

Jason Weathers, Esq.
Jeffrey Fritz, Esq.
Day, Pitney LLP
CityPlace 1
185 Asylum Street
Hartford, CT  06103

_____
Barbara Brazzel-Massaro