# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ARTHUR M. CORBETT | : CIVIL ACTION NO. |
| Plaintiff, | : 3:02-CV-01736 (WWE) |
| v. | : |
| POLICE OFFICER BRIAN FITZGERALD, SERGEANT JOHN CUMMINGS, POLICE OFFICER MATTHEW COSGROVE, POLICE OFFICER FRANK DELBOUNO, Defendants. | : |

## SPECIAL VERDICT FORM

(INTERROGATORIES)

I. **DEPRIVATION OF FOURTH AMENDMENT RIGHTS:**

A. With respect to each of the following defendants, has Mr. Corbett proven by a preponderance of the evidence that such defendant violated Mr. Corbett's constitutional right to be free from the use of excessive force or failed to intervene in another defendant's use of excessive force?

| | | |
|---|---|---|
| Brian Fitzgerald | ____ Yes | ✓ No |
| John Cummings | ____ Yes | ✓ No |
| Matthew Cosgrove | ____ Yes | ✓ No |
| Frank Delbouno | ____ Yes | ✓ No |

If your answer to the above questions is "Yes" as to any or all defendants, please proceed to the next question. If your answer to the above question is "No" as to all defendants, then your deliberations are at an end. The Foreperson should sign and date the form of verdict.

1

B. **Do you find that the acts or omissions of any or all of the defendants were a proximate cause of injuries to the plaintiff?**

    Brian Fitzgerald   \_\_\_\_\_ Yes   \_\_\_\_\_ No

    John Cummings   \_\_\_\_\_ Yes   \_\_\_\_\_ No

    Matthew Cosgrove   \_\_\_\_\_ Yes   \_\_\_\_\_ No

    Frank Delbouno   \_\_\_\_\_ Yes   \_\_\_\_\_ No

**If you answered "Yes" as to any defendant, proceed to Part II. If you answered "No" as to all defendants, your deliberations are at an end and you should sign and date this form.**

II. **Compensatory and Nominal Damages**

A. **With respect to any defendant you find to be liable to Mr. Corbett, has Mr. Corbett proven by a preponderance of the evidence that he sustained injury or damage as a result of the wrongful conduct of that defendant?**

> Please note: you should not respond to this question as to a defendant unless you concluded that that defendant is liable to Mr. Corbett.

    Brian Fitzgerald   \_\_\_\_\_ Yes   \_\_\_\_\_ No

    John Cummings   \_\_\_\_\_ Yes   \_\_\_\_\_ No

    Matthew Cosgrove   \_\_\_\_\_ Yes   \_\_\_\_\_ No

    Frank Delbouno   \_\_\_\_\_ Yes   \_\_\_\_\_ No

(proceed to Part II.B.)

B. If your answer to Part II.A. is "Yes" as to any defendant, what is the amount of damages you determine to be fair, just and reasonable to compensate Mr. Corbett for the injuries he has sustained?

Compensatory or Nominal Damages: $ _____

III. **Punitive Damages**

A. With respect to each of the following defendants, if you found that that defendant is liable to Mr. Corbett for compensatory or nominal damages, do you also find that, because of that defendant's conduct, the defendant is liable for punitive damages?

| Defendant | Yes | No |
|---|---|---|
| Brian Fitzgerald | _____ Yes | _____ No |
| John Cummings | _____ Yes | _____ No |
| Matthew Cosgrove | _____ Yes | _____ No |
| Frank Delbouno | _____ Yes | _____ No |

B. If your answer to Part III.A. is "Yes" as to any defendant, what is the amount of punitive damages you award to Mr. Corbett with respect to that defendant?

| Defendant | Amount |
|---|---|
| Brian Fitzgerald | $ _____ |
| John Cummings | $ _____ |
| Matthew Cosgrove | $ _____ |
| Frank Delbouno | $ _____ |

*Catherine D. Anderson*
**Foreperson**

*September 12, 2007*
**Date**

3