

9/12/07
D. Candee

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ARTHUR M. CORBETT

    Plaintiff,

v.

OFFICER FITZGERALD, ET AL

    Defendants

: CIV. NO: 3:02CV1736 (RNC)

: AUGUST 31, 2007

## DEFENDANTS' AMENDED LIST OF EXHIBITS

9/11/07  501 I.D. Full Incident Report Fitzgerald
9/10/07  502A Full
9/11/07  502B Full  January 16, 2001 Photo of Corbett
        503        Arrest Record of Corbett
9/10/07  504 Full  Photos – Knee and Neck Injury of Fitzgerald
9/10/07  505 Full  Warrants for Corbett on January 16, 2001
9/10/07  506 Full  Fitzgerald – Medical Treatment
9/11/07
9/11/07  507 Full  Delbouno Use of Force Form
9/11/07  508 Full  Cosgrove Use of Force Form
9/11/07  509 Full  Fitzgerald Use of Force Form
9/11/07  510 Full  Cummings Use of Force Form
9/10/07  511 Full  INTERVIEW OF ARTHUR CORBETT

THE DEFENDANTS

By: /s/ Barbara B. Massaro
Barbara Brazzel-Massaro
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel: #203/576-7647
Fed. Bar #05746

### CERTIFICATION

This is to certify that a copy of the foregoing "Defendants' Amended Witness List" has been hand delivered on this 5th day of September, 2007.

Jason Weathers, Esq.
Jeffrey Fritz, Esq.
Day, Pitney LLP
CityPlace 1
185 Asylum Street
Hartford, CT 06103

/s/ Barbara B. Massaro
Barbara Brazzel-Massaro