# United States District Court

DISTRICT OF **Connecticut**

FILED AT BRIDGEPORT 9/12/07

Arthur M. Colbett
v.
Officer Fitzgerald, et al

**DEFENDANT** ~~EXHIBIT AND~~ WITNESS LIST

CASE NUMBER: 3:02CV1736(WWE)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| W.W. Eginton | Jason S. Weathers, Jeffrey Allan Fritz | Barbara Brazzel-Massaro |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/10/07 | Rita Payton | D. Candee |

| PLF NO. | DEF NO. | DATE OFFERED | ~~MARKED~~ | ~~ADMITTED~~ | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 9/10/07 | 9/11/07 | | Brian Fitzgerald, Sgt., BPT., CT. |
| | ✓ | 9/10/07 | | | Mark Straubel, Sgt. |
| | ✓ | 9/11/07 | | | Frank Betar, Norwalk, CT. |
| | ✓ | 9/11/07 | | | Brad Burns, Stratford, CT. |
| | ✓ | 9/11/07 | | | Matthew Cosgrove, BPT., CT. |
| | ✓ | 9/11/07 | | | Frank Delbouno, BPT., CT. |
| | ✓ | 9/11/07 | | | John Cummings, BPT., CT. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages