UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ARTHUR M. CORBETT | : | CIVIL ACTION NO. |
| | : | 3:02-CV-01736 (WWE) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| OFFICER FITZGERALD, et al. | : | |
| | : | |
| Defendant. | : | AUGUST 30, 2007 |

**PLAINTIFF'S LIST OF EXHIBITS AND MODIFIED LIST OF WITNESSES**

Plaintiff, Arthur M. Corbett, respectfully submits his List of Exhibits and List of Witnesses for trial, which the Court has scheduled to commence on September 5, 2007. As a result of information counsel for Plaintiff recently learned, Plaintiff has modified his witness list to include a bystander, Hazel Moore, who witnessed certain of the events in question.

A. **Plaintiff's List of Exhibits**

1. Citizen's Complaint – Arthur Corbett

2. Lieutenant Robert Sapiro Interview of Arthur Corbett

3. Citizens Complaint – Dianne Walker

4. Lieutenant Robert Sapiro Interview of Dianne Walker

5. *full* Plaintiff's medical records stemming from the incident  [9/10/07]

6. City of Bridgeport Department of Police Policies and Procedures Manual

7. Incident Report #001101242 - Report of Fitzgerald and Cummings

8. Incident Report #010116-278 - Report of Fitzgerald and Cummings

9. Plaintiff also intends to use a demonstrative exhibit to aid in explaining the sequence of events in question

10. Plaintiff also reserves his right to introduce additional exhibits at trial, including for impeachment purposes

**B.** **Plaintiff's List of Witnesses**

9/10/07  1. Arthur M. Corbett
135 Prince St.
Bridgeport, CT

Mr. Corbett may testify regarding the circumstances of his arrest on January 16, 2001 and regarding the damages he suffered as a result of the actions of the arresting officers. Mr. Corbett may also testify as to his prior experiences with certain of the arresting officers.

Estimated duration of direct exam: 2 hours

9/10/07  2. Diane Walker
270 Graham St. — 235 TANGLEWOOD AVE., BPT. CT.
Stratford, CT

Ms. Walker may testify regarding the circumstances surrounding Mr. Corbett's January 16, 2001 arrest.

Estimated duration of direct exam: 30 minutes

9/10/07  3. Hazel Moore
529 Grant St.
Bridgeport, CT

Ms. Moore may testify regarding her observation of Mr. Corbett's January 16, 2001 arrest.

Estimated duration of direct exam: 15 minutes

4. Treating Physicians for Mr. Corbett from Bridgeport Hospital, including Ron Mark, M.D. and Gerard J. Muro
267 Grant Street
Bridgeport, CT

The treating physicians may testify as to Mr. Corbett's medical treatment and records.

Estimated Duration of direct exam: Less than 30 minutes

5. Plaintiff reserves the right to call as a witness any individual identified as a potential witness by the Defendants

PLAINTIFF,
ARTHUR M. CORBETT

By: /s/ Jason S. Weathers
Jason S. Weathers (ct 24579)
Jeffrey Allan Fritz (ct 26667)
Thomas D. Goldberg (ct 04386)
Day Pitney LLP
242 Trumbull St.
Hartford, CT  06103-1212
(860) 275-0100
(860) 275-0343 fax
*jsweathers@daypitney.com*
*jafritz@daypitney.com*
*tdgoldberg@daypitney.com*

His Attorneys

**CERTIFICATE OF ELECTRONIC SERVICE**

I HEREBY CERTIFY that on this date a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Jason S. Weathers
Jason S. Weathers