UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ARTHUR M. CORBETT

      v.                                                    3:02CV1736 (WWE)

OFFICER FITZGERALD,
OFFICER CUMMING,
OFFICER DULBOUNO,
OFFICER COSGROVE

## J U D G M E N T

This matter came on before a jury and the Honorable Warren W. Eginton, Senior United States District Judge. On September 12, 2007, after deliberation, the jury returned a verdict in favor of the defendants against the plaintiff.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 13th day of September, 2007.

                                          KEVIN F. ROWE, Clerk

                                    By       /s/      
                                          Deborah A. Candee
                                          Deputy Clerk

Entered on Docket _____